ANNA KOSTER, Respondent, v. NICHOLAS J. SALIMENA, Appellant. (Action No. 1.) — Judgment reversed on the law and the facts and a new trial granted, costs to abide the event. The determination was against the weight of the evidence. Findings inconsistent with this decision are reversed. Lazansky, P. J.,

Hagarty, Carswell and Tompkins, JJ., concur; Kapper, J., dissents. Settle order on notice.